JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Magdalena Annan,<br><br>        Plaintiff,<br><br>  v.<br><br>City of Montclair;<br>Montclair Police<br>Department; and Does 1-<br>50, inclusive,<br><br>        Defendants. | Case No.<br>CV 13-01225-JGB (OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: <u>August 6, 2013</u>

                                  JESUS G. BERNAL
                          United States District Judge

JS-6